# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2024

**MEMO ENDORSED**

March 19, 2024

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> *[signature]*
>
> Barbara Moses
> United States Magistrate Judge
> March 19, 2024

Re:  *Pulla v. Commissioner of Social Security*
     Civil Action No. 1:23-cv-10962-BCM

Dear Judge Moses,

We write on behalf of our client, Narcisa Pulla, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on March 21, 2024, per the Court's December 20, 2023 Standing Order. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has overlapping Social Security deadlines, oral arguments, and status conferences.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her ~~motion for judgment on the pleadings~~ brief (*see* Supp. Soc. Sec. R. 5) on or before: **June 19, 2024**;

- Defendant to file its ~~response to plaintiff's motion/cross motion~~ brief on or before: **August 19, 2024**; and

- Plaintiff to file her reply, if any, on or before: **September 2, 2024.**

43 West 43rd Street, Suite 131           Telephone 212-725-9800           osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115           info@osbornlawpc.com

Honorable Barbara C. Moses
March 19, 2024
Page Two

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:    212-725-9800
                                        Facsimile:     212-500-5115
                                        dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)