USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARCISA PULLA,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

23-CV-10962 (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold oral argument in this action on **March 11, 2025, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    No later than January 13, 2025, defendant must deliver to chambers a paper courtesy copy of the e-CAR.

Dated: New York, New York
       December 12, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**