**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NARCISA P.,

                Plaintiff,

   -against-                                      23 **CIVIL** 10962 (GRJ)

                                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 13) is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 4, 2025

                                                    **TAMMI M. HELLWIG**
                                                      Clerk of Court

                            **BY:**
                                                        **Deputy Clerk**